# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00095-001  DATE: October 10, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 9:55:20 - 10:00:05
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Johnnie Fortner  Attorney: John Gorman
   Present   Custody   Bond   P.R.       Present   Retained   FPD   CJA

U.S. Attorney: Rosetta San Nicolas  U.S. Agent: T. Churchin, D.E.A.
U.S. Probation: Stephen Guilliot  U.S. Marshal: V. Roman
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance on a Complaint**
- Federal Public Defender appointed to represent the defendant.
- Defendant arraigned and advised of her rights, charges and penalties.
- Preliminary Examination set for: October 18, 2007 at 2:00 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: