AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**JOHNNIE FORTNER**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-07-00095-001 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | Room<br><br>**302** |
|---|---|
| Before:    **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time<br>**Friday, October 19, 2007 at 10:30 a.m.** |

To answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Conspiracy to Manufacture Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846) - Count 1**

**Attempted Manufacture of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846 - Count 2**

RECEIVED OCT 17 2007 US MARSHALS SERVICE-GUAM

FILED DISTRICT COURT OF GUAM OCT 19 2007 JEANNE G. QUINATA Clerk of Court

ORIGINAL

| | |
|---|---|
| **Marilyn B. Alcon, Deputy Clerk**<br>Name and Title of Issuing Officer | *Marilyn B. Alcon*<br>Signature of Issuing Officer |
| **October 17, 2007**<br>Date | |

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 10/19/2007 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USMS Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  10/19/2007         J. Salas
           Date                  Name of United States Marshal

                                 [signature]
                                 (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.