# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: CR-07-00095　　　　　　　DATE: October 19, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:48:13 - 11:29:12
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Johnnie Fortner　　　　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　U.S. Agent: Thanh Churchin, DEA
U.S. Probation: Judy Ocampo　　　　　U.S. Marshal: C. Marquez
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: December 18, 2007 at 9:30 A.M.
- Defendant to remain in custody.
- Detention hearing requested by Defendant is set for October 23, 2007 at 1:30 P.M.

NOTES: Agent Thanh Churchin was sworn and examined.