**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL**

CASE NO.: CR-07-00095-001　　　　　　　　　　DATE: October 23, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Recorder: Francine A. Diaz
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:44:16 - 10:45:10
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Johnnie Fortner　　　　　　Attorney: John Gorman
☑Present ☑Custody ☐Bond ☐P.R.　　☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Rosetta San Nicolas　　U.S. Agent:
U.S. Probation: Stephen Guilliot　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Detention Hearing**
- Defense counsel's motion to withdraw request for detention <u>granted</u>.
- Defendant to remain in custody.

NOTES: