JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOHNNIE FORTNER



FILED
DISTRICT COURT OF GUAM

NOV 21 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00095 |
| | ) | |
| Plaintiff, | ) | STIPULATION EXTENDING THE TIME |
| | ) | FOR THE FILING OF PRETRIAL |
| vs. | ) | MOTIONS |
| | ) | |
| JOHNNIE FORTNER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION EXTENDING THE TIME FOR THE FILING OF PRETRIAL MOTIONS

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the time for the filing of defendant's pretrial motions is EXTENDED ten days. Defendant's motions were due on November 21, 2007. Defendant's new proposed pretrial motions due date is December 3, 2007. Trial is scheduled for December 18, 2007.[1]

---

[1] On October 19, 2007, at Ms. Fortner's arraignment, the Court set her trial date for December 18, 2007. However, on the trial order filed October 19, 2007, the trial date was listed as December 12, 2007.

**ORIGINAL**

The parties request this continuance so to allow defense counsel further time to review the discovery, search warrant and affidavit, police reports and investigate and research the viability of possible pretrial motions. The proposed continuance is in Ms. Fortner's best interests, furthers judicial economy and efficiency and is in society's best interests. Thus, the ends of justice are best served by this proposed extension of motions filing deadline.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, November 21, 2007.

JOHN T. GORMAN
Attorney for Defendant
JOHNNIE FORTNER

ROSETTA L. SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

2