JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOHNNIE FORTNER

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 07-00095 |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER re STIPULATION EXTENDING THE TIME FOR THE FILING OF |
| vs. | ) ) | DEFENDANT'S PRETRIAL MOTIONS |
| JOHNNIE FORTNER, | ) ) | |
| Defendant. | ) ) | |

The Stipulation filed on November 21, 2007 regarding the ten day extension of time for filing of Defendant's Pretrial Motions is HEREBY APPROVED and So ORDERED. Defendant's Pretrial Motions are now due on December 3, 2007.

So Ordered.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Nov 21, 2007