DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> vs. <br> **JOHNNIE FORTNER**, <br> Defendant. | Criminal Case No. 07-00095 <br><br> **ORDER** |

The Defendant, Johnie Fornter has filed a Motion to Suppress Evidence. *See* Docket No. 29. Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter is hereby referred to Magistrate Judge Manibusan to set for an evidentiary hearing and to determine and make his report and recommendation to this court.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
  **Chief Judge**
 **Dated: Dec 06, 2007**