DEC 17 2007

JEANNE G. QUINATA
Clerk of Court

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Fax: (671) 472-7120

Attorney for Defendant
JOHNNIE FORTNER

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00095 |
| Plaintiff, | ) STIPULATION TO CONTINUE DEFENDANT'S MOTION TO SUPPRESS RESPONSE FILING DATE AND MOTION TO SUPPRESS HEARING DATE |
| vs. | ) |
| JOHNNIE FORTNER, | ) |
| Defendant, | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the filing date for Defendant's Motion to Suppress Response be continued from Monday, December 17, 2007 to January 11, 2008. IT IS ALSO HEREBY STIPULATED AND AGREED that the Motion to Suppress Hearing date be continued from January 4, 2008 to January 18, 2007 or a date convenient for the Court's calendar.

The parties request this continuance as defense counsel will be unavailable from December 17, 2007 to January 7, 2008. This continuance will also allow defense counsel to conduct

ORIGINAL

further investigation and research.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including December 17, 2007, to and including the new Motion to Suppress Hearing date of January ____________________, 2008, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Ms. Fortner has been consulted with and fully agrees with the proposed continuance.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Ms. Fortner's best interests, furthers judicial economy and efficiency and is in society's best interests. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, December 14, 2007.

JOHN T. GORMAN
Attorney for Defendant
JOHNNIE FORTNER

ROSETTA L. SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA