JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Fax: (671) 472-7120

Attorney for Defendant
JOHNNIE FORTNER

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00095 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOHNNIE FORTNER, | ) | re Stipulation to Continue Defendant's |
| | ) | Motion to Suppress Response Filing Date |
| Defendant. | ) | and Hearing Date |
| | ) | |

The Stipulation filed on December 17, 2007, to extend the filing date for Defendant's reply

brief and to continue the Motion to Suppress Hearing is hereby approved.  Accordingly, it is ordered

that Defendant shall file her reply brief no later than January 11, 2008, at 3:00 p.m.  The hearing on

the Motion to Suppress, previously calendared on January 4, 2008, is hereby moved to Friday,

January 18, 2008, at 9:00 a.m.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Dec 18, 2007**