**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Kelly Francisco*

FILED
DISTRICT COURT OF GUAM
DEC 27 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00095 |
| vs. | **JOINDER IN MOTION TO SUPPRESS EVIDENCE** |
| JOHNNIE FORTNER, and KELLY FRANCISCO, | |
| Defendants | |

Defendant Kelly Francisco hereby joins in the Motion to Suppress Evidence filed by Johnnie Fortner on December 3, 2007.

DATED this 27th day of December, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
PETER C. PEREZ, ESQ.
*Attorneys for Defendant Kelly Francisco*

F-0020/888-00/0888/PCP/dmg