**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Kelly Francisco*

FILED
DISTRICT COURT OF GUAM

JAN - 3 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00095 |
| vs. | **WITHDRAWAL OF JOINDER IN MOTION TO SUPPRESS EVIDENCE** |
| JOHNNIE FORTNER, and KELLY FRANCISCO, | |
| Defendants | |

Defendant Kelly Francisco withdraws the Joinder in Motion to Suppress Evidence filed on December 27, 2007.

DATED this 3rd day of January, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: _____
PETER C. PEREZ, ESQ.
*Attorneys for Defendant Kelly Francisco*

F-0020/888-00/0888/PCP/dmg