IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00095 |
| Plaintiff, | ) | |
| vs. | ) | |
| JOHNNIE FORTNER and KELLY FRANCISCO, | ) | **ORDER** |
| Defendants. | ) | |

In preparation for the suppression hearing scheduled to take place on January 18, 2008, the parties are hereby directed to file a list of witnesses expected to testify at said hearing. Additionally, two sets of marked and tabbed exhibits anticipated to be used or referred to during the course of the hearing shall be submitted for the court's review.[1] Said documents shall be filed and lodged with the court no later than Monday, January 14, 2008, at 3:00 p.m.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Jan 08, 2008**

---

[1] Said exhibits shall be placed in a three-ring binder if they consist of more than 50 pages.