
1 johnniefortnerstp

2 LEONARDO M. RAPADAS
United States Attorney
3 ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5 Hagatna, Guam 96910
PHONE: 472-7332
6 FAX: 472-7334

7 Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

JAN 0 9 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00095 |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATED MOTION TO CONTINUE MOTION TO SUPPRESS HEARING |
| JOHNNIE FORTNER, | ) |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant through her counsel, John Gorman, hereby motion this Honorable Court to continue the Motion to Suppress hearing currently scheduled for January 18, 2008, to January 22 or 23 at a time to be selected by the court at it's convenience.

//
//
//
//
//
//

1 | The parties make this request due to Assistant U.S. Attorney Rosetta San Nicolas will be
2 | in Saipan at a human trafficking conference, which is being sponsored by our office, from
3 | January 16 to 18. Defense counsel will be off-island from January 24 to February 4,

1/8/08
DATE

JOHN GORMAN
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

1/8/08
DATE

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney