LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00095 |
|---|---|
| Plaintiff, | ) **ORDER** |
| | ) **Re: Stipulated Motion To** |
| vs. | ) **Continue Motion to Suppress Hearing** |
| JOHNNIE FORTNER, | ) |
| Defendant. | ) |

Upon application of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion to Suppress hearing currently scheduled for January 18, 2008, is hereby rescheduled to the January 22, 2008, at 9:00 a.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jan 09, 2008