

johnniefortnerwit

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 0 9 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff. <br> vs. <br> JOHNNIE FORTNER, <br> Defendant. | CRIMINAL CASE NO.07-00095 <br><br> **UNITED STATES' WITNESS LIST FOR SUPPRESSION HEARING** |

Pursuant to the order of this Court, the United States hereby submits the following witness list for the suppression hearing set for January 18, 2008.

1) CHURCHIN, Thanh
   Special Agent, Drug Enforcement Administration

2) VERANGO, Joel P.
   Police Officer, Guam Police Department

3) SANTOS, James
   Police Officer, Guam Police Department

Respectfully submitted this 9th day of January, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney