LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

JAN 1 1 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHNNIE FORTNER,<br><br>    Defendant. | CRIMINAL CASE NO. 07-00095<br><br>**UNITED STATES' EXHIBIT LIST FOR SUPPRESSION HEARING** |

COMES NOW the United States and hereby files with the Court an Exhibit List with the following exhibits 1-12, to be introduced in the Suppression Hearing calendered for January 18, 2008 at 9:00 a.m.

Respectfully submitted this 11th day of January, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

# UNITED STATES' EXHIBIT LIST
# FOR SUPPRESSSION HEARING

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Photograph Mazda Miata | | |
| 2. | Photograph of Interior, Mazda Miata | | |
| 3. | Photograph of Open Trunk, Mazda Miata. | | |
| 4. | Photograph of Black Bag (Left of trunk) | | |
| 5. | Photograph of Bags (Right of trunk) | | |
| 6. | Photograph of Contents of Silver/Gray Tarp (Red Phosphorous) | | |
| 7. | Photograph of Green/Yellow Bag (opened) | | |
| 8. | Photograph of Brown Bag (opened) | | |
| 9. | Photograph of Black Bag (opened) | | |
| 10. | Photograph of Contents of Green/Yellow Bag | | |
| 11. | Photograph of Contents of Black Bag | | |
| 12. | Photograph of Cooking pot, phosphorous, Drano | | |

i