**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-07-00095-001        DATE: January 22, 2008

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori        Court Reporter: Wanda Miles
Courtroom Deputy: Walter Tenorio    Electronically Recorded: 9:23:36 - 10:31:12
                                                              10:40:06 - 11:49:40
                                                              1:34:13 - 2:39:51
CSO: J. McDonald

---

**APPEARANCES:**
Defendant: Johnnie Fortner                    Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.             ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas            U.S. Agent: Thanh Churchin, DEA
U.S. Probation: None Present                  U.S. Marshal: T. Muna/J. Untalan
Interpreter:                                  Language:

---

**PROCEEDINGS: Motion to Suppress**
- Witnesses sworn and examined; Exhibits admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Court to issue report and recommendation.
- Defendant to remain in custody.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| **Johnnie Fortner** | Case Number: **CR-07-00095-001** |

| PRESIDING JUDGE<br>Joaquin V.E. Manibusan, Jr. | PLAINTIFF'S ATTORNEY<br>**Rosetta San Nicolas** | DEFENDANT'S ATTORNEY<br>**John Gorman** |
|---|---|---|
| HEARING DATE (S)<br>January 22, 2008 | COURT REPORTER<br>Wanda Miles | COURTROOM DEPUTY<br>Walter Tenorio |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Officer Joel P. Verango, called and sworn** |
| | | | | | | DX by Ms. San Nicolas |
| | 13 | | 1/22/08 | 1/22/08 | 1/22/08 | Guam Police Department Case Report |
| | 1 | | 1/22/08 | 1/22/08 | 1/22/08 | Photograph Mazda Miata |
| | 2 | | 1/22/08 | 1/22/08 | 1/22/08 | Photograph of Interior, Mazda Miata |
| | | | | | | 10:06:20 CX by Mr. Gorman |
| | | | | | | 10:25:49 Re-DX by Ms. San Nicolas |
| | 1, 2, 13 | | | | 1/22/08 | Guam Police Department Case Report; Photograph Mazda Miata; Photograph of Interior, Mazda Miata |
| | | | | | | 10:28:50 Re-CX by Mr. Gorman |
| | | | | | | 10:31:06 Witness Excused |
| | | | | | | Break |
| | | | | | | **10:40:09 Sgt. James Santos, called and sworn** |
| | | | | | | DX by Ms. San Nicolas |
| | 3 | | 1/22/08 | 1/22/08 | 1/22/08 | Photograph of Open Trunk, Mazda Miata |
| | 5 | | 1/22/08 | 1/22/08 | 1/22/08 | Photograph of Bags(Right of trunk) |
| | | | | | | 11:27:44 CX by Mr. Gorman |
| | 3 | | 1/22/08 | 1/22/08 | 1/22/08 | Photograph of Open Trunk, Mazda Miata |
| | 13 | | 1/22/08 | 1/22/08 | 1/22/08 | Guam Police Department Case Report |
| | | | | | | 11:46:50 Re-DX by Ms. San Nicolas |
| | | | | | | 11:47:32 Witness Excused |
| | | | | | | 11:48:55 Break |
| | | | | | | 1:34:13 Court resumes |
| | | | | | | 2:39:51 Court adjourns |