JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOHNNIE FORTNER

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 07-00095 |
| --- | --- | --- |
| Plaintiff, | ) ) ) | MOTION TO RE-OPEN DETENTION HEARING |
| vs. | ) ) | |
| JOHNNIE FORTNER, | ) ) | |
| Defendant. | ) ) | |

COMES NOW the defendant, JOHNNIE FORTNER, through counsel, John T. Gorman, Federal Public Defender, and moves this Honorable Court to reopen the Detention Hearing, pursuant to 18 U.S.C. § 3142(f), due to previously unavailable material evidence.

Fortner is requesting she be released to a third party custodian along with house arrest and electronic monitoring and other conditions the Court may deem suitable.

The proposed third party custodians are her paternal uncle and aunt, Frank and Gyongyi Rosario, who reside at 176 Dinong St, Barrigada, Guam, telephone number (671) 477-3314.

U.S. Probation and Pretrial Services have interviewed and investigated Mr. and Mrs.

Rosario and concur with the defendant's release with conditions.

DATED: Mongmong, Guam, February 12, 2008.

/s/ JOHN T. GORMAN



Attorney for Defendant
JOHNNIE FORTNER

2

## CERTIFICATE OF SERVICE

I, JOHN T. GORMAN, hereby certify that a true and exact copy of the foregoing document was electronically filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on February 12, 2008:

ROSETTA SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

STEPHEN P. GUILLIOT
U.S. Probation Officer
U.S. Probation Office
2nd Floor, U.S. Courthouse
Hagatna, Guam 96910

DATED: Mongmong, Guam, February 12, 2008.

/s/ JOHN T. GORMAN



John T. Gorman
Federal Public Defender
District of Guam
Phone: (671) 472-7111
Facsimile: (671) 472-7120
GMT + 10:00 Hours

Attorney for Defendant
JOHNNIE FORTNER