AO435
(Rev. 1/90)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

## TRANSCRIPT ORDER

**FOR COURT USE ONLY**
**DUE DATE:**

*Read Instructions on Back.*

| 1. NAME John T. Gorman | 2. PHONE NUMBER 472-7111 | 3. DATE 2/19/08 | |
|---|---|---|---|
| 4. MAILING ADDRESS 400 Route 8, Suite 501, FHB Building | 5. CITY Mongmong | 6. STATE Guam | 7. ZIP CODE 96910 |

| 8. CASE NUMBER CR 07-00095 | 9. JUDICIAL OFFICIAL Manibusan | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 1/22/08 | 11. TO 1/22/08 |

| 12. CASE NAME U.S.A. vs. Johnnie Fortner | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY Hagatna | 14. STATE Guam |

### 15. ORDER FOR

- [ ] APPEAL
- [X] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

### 16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | **Motion to Suppress** | **1/22/08** |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

### 17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

**FILED**
**DISTRICT COURT OF GUAM**
**FEB 19 2008**
**JEANNE G. QUINATA**
**Clerk of Court**

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE | ESTIMATE TOTAL | |
|---|---|---|
| 19. DATE February 19, 2008 | PROCESSED BY | |
| | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 2/19/08 | cm | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)      ORIGINAL - COURT COPY      YELLOW - TRANSCRIPTION COPY      GREEN - ORDER RECEIPT      PINK - ORDER COPY