**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-7-00095-001                    DATE: February 19, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio      Electronically Recorded: 9:29:41 - 9:33:35
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Johnnie Fortner                  Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas          U.S. Agent:
U.S. Probation: Stephen Guilliot            U.S. Marshal: D. Punzalan/V. Roman
Interpreter:                                Language:

**PROCEEDINGS: Motion to Re-Open Detention Hearing**
- Motion for pretrial release. Granted.
- No objections by Government
- Parties advise by the court that item R in the conditions of release is added. No objection.
- Defendant ordered to appear at all court hearings unless advise otherwise by your attorney.
- Defendant released to third party custodians.

NOTES: Judge Joaquin V.E. Manibusan, Jr. notes that he knows the third party personaly and has no problem with them being the third party custodians.