# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JOHNNIE FORTNER**,

    Defendant.

**Criminal Case No. 07-00095**

**ORDER RE BRIEFING**

Presently before the court is the defendant's Motion to Suppress. *See* Docket No. 29. This matter was referred to the United States Magistrate Judge Joaquin V.E. Manibusan, Jr. who held an evidentiary hearing on January 22, 2008. Thereafter, a Report and Recommendation was filed on January 31, 2008. *See* Docket No. 47. On February 11, 2008, the Defendant filed an objection. *See* Docket No. 48. The court is ready to rule on the Report and Recommendation but notes that there has been no response by the Government. Accordingly, the Government is to file its response no later than April 1, 2008. Thereafter the court will either issue its ruling or set the matter for a hearing.

So Ordered.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Mar 28, 2008**