**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-07-00095-001           DATE: April 07, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 1:38:06 - 1:50:15
               Virginia T. Kilgore                (Side Bar 1:40:55 - 1:44:34)

**APPEARANCES:**
Defendant: Johnnie Fortner           Attorney: John Gorman
☑Present ☐Custody ☐Bond ☑P.R.      ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Rosetta San Nicolas           U.S. Agent:
U.S. Probation: Grace Flores
Interpreter:           Language:

**PROCEEDINGS: Status Conference**
- Pretrial Conference set for 5/5/2008 at 10:30 AM. Jury selection and Trial to commence 5/12/2008 at 9:00 AM
- The court found that the ends of justice was served by continuing the trial and outweighs the best interest of the public and defendants in a speedy trial. The period of time beginning today until 5/12/2008 is excluded from the speedy trial clock.
- Defendant released as previously ordered.

NOTES: