JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOHNNY FORTNER



FILED
DISTRICT COURT OF GUAM

JUL 1 8 2008 p.p.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00095 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY |
| | ) | DEFENDANT'S ORDER SETTING |
| vs. | ) | CONDITIONS OF RELEASE |
| | ) | |
| JOHNNY FORTNER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the defendant's release conditions be modified to temporarily remove the condition that the defendant is in the third-party custody of Frank Rosario. This temporarily release from the third-party-custody condition is only from July 21 - 26, 2008. As of July 26, 2008 the third-party custody condition will be back in effect.

The parties ask for this temporary release from the third-party custody condition as Mr. Frank Rosario will be off-island in the Republic of Philippines from July 21 - 26, 2008. Upon Mr. Rosario's return on July 26, 2008, he will resume his third-party custody duties. Ms. Jane-Marie

Dia, a family friend, will serve as the defendant's ad-hoc third-party custodian and stay with the defendant during the five days that Mr. Rosario is off-island. U.S. Probation Officer, Ms. Grace Flores, concurs with this stipulation.

All other previous conditions of release are to remain in effect.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, July 18, 2008.

JOHN T. GORMAN
Attorney for Defendant
JOHNNY FORTNER

ROSETTA L. SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

2