johnniefortnerstp6

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

☐ **ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

AUG 1 1 2008

**JEANNE G. QUINATA**
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00095 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO VACATE STATUS HEARING AND SET SENTENCING DATE** |
| JOHNNIE FORTNER, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through her counsel, John T. Gorman, hereby motion this Honorable Court to vacate the status hearing currently scheduled for August 13, 2008, and that a sentencing date be set.

The parties request that the Court calendar the sentencing date 90-days from the date of this filing so that a Presentence Report may be completed in this case

8/11/08
DATE

JOHN T. GORMAN
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

8/11/08
DATE

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney