LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00095-001 |
| Plaintiff, | |
| vs. | **O R D E R**<br>**Vacating Status Hearing and**<br>**Setting Sentencing Date** |
| JOHNNIE FORTNER, | |
| Defendant. | |

Upon the stipulation of the parties,

**IT IS SO ORDERED** that the status hearing currently scheduled for August 13, 2008, is hereby vacated and a sentencing hearing shall be scheduled for November 13, 2008, at 10:30 a.m. The draft presentence report shall be provided to the parties no later than October 9, 2008. The parties shall file their responses to the draft presentence report and sentencing positions no later than October 23, 2008. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than November 6, 2008.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 13, 2008