jfortneruns

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

AUG 13 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHNNIE FORTNER,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 07-00095<br><br>APPLICATION ~~AND ORDER~~<br>TO UNSEAL DOCUMENTS |

COMES NOW the United States and moves this Honorable Court for an Order unsealing Court document numbers 86, 87, 88 and 93 in the above-entitled cause for the reason that sentencing is to be scheduled and no further reason for these documents to remain sealed.

Respectfully submitted this 13th day of August 2008.

　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　Districts of Guam and NMI

　　　　By:　　　　　　/s/
　　　　　　　　　　　　ROSETTA L. SAN NICOLAS
　　　　　　　　　　　　Assistant U.S. Attorney