LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00095-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **Granting Motion to Unseal Documents** |
| | ) | |
| JOHNNIE FORTNER, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application by the government and for good cause shown,

**IT IS SO ORDERED** that document numbers 86, 87, 88 and 93 are unsealed.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 13, 2008