JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOHNNIE FORTNER



**FILED**
DISTRICT COURT OF GUAM
AUG 26 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00095 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY |
| | ) | DEFENDANT'S ORDER SETTING |
| vs. | ) | CONDITIONS OF RELEASE |
| | ) | |
| JOHNNIE FORTNER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the defendant's release conditions be modified to remove the third-party custodian condition. Currently, Fortner is in the custody of her uncle and aunt, Frank B. and Gyongyi Rosario. However, Gyongyi Rosario is currently off-island due to her birth of her grandchild and Frank B. Rosario will be joining her in September. Additionally, Fortner has been in complete compliance with all release conditions. Fortner will continue to reside at the Rosario residence in Barrigada.

U.S. Probation Officer Judith Ocampo concurs with this stipulation.

All other previous conditions of release are to remain in effect.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 21, 2008.

_____
JOHN T. GORMAN
Attorney for Defendant
JOHNNIE FORTNER

_____
ROSETTA L. SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA