JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOHNNIE FORTNER

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 07-00095 |
|---|---|---|
| Plaintiff, | ) ) | ORDER re STIPULATION TO MODIFY |
| vs. | ) ) ) | DEFENDANT'S ORDER SETTING CONDITIONS OF RELEASE |
| JOHNNIE FORTNER, | ) ) | |
| Defendant. | ) ) | |

The Stipulation filed on August 26, 2008 requesting that the Defendant's release conditions be modified to remove the third-party custodian condition is HEREBY APPROVED and So ORDERED. All other conditions of release are to remain in effect.

DATED: Hagatna, Guam, August 28, 2008.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**